PROB 12B
(7/93)

Report Date: February 23, 2006

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 28 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Adel Isidra Estrada      Case Number: 2:04CR02181-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 4/21/2005      Type of Supervision: Supervised Release

Original Offense: Bank Fraud and Aiding and Abetting, 18 U.S.C. § 1344 & 2      Date Supervision Commenced: 10/18/2005

Original Sentence: Prison - 10 Months; TSR - 48 Months      Date Supervision Expires: 10/17/2009

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

> You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

On December 27, 2005, Ms. Estrada submitted a urine sample which tested presumptive positive for methamphetamine. The defendant admitted to using methamphetamine, and acknowledged having a substance abuse problem. As a corrective measure, the defendant entered a 30 day inpatient treatment program at American Behavioral Health Systems in Spokane, Washington. She successfully completed the treatment program on February 21, 2006, and is currently following through with aftercare treatment. In addition, recent 9th Circuit case law requires the Court to specify a specific number of urine tests to be set. Enclosed is a waiver signed by the defendant agreeing to the above modification of his conditions of supervised release.

Respectfully submitted,

by _____

Jose Vargas
U.S. Probation Officer
Date: February 23, 2006

Prob 12B
**Re: Estrada, Adel Isidra**
**February 23, 2006**
**Page 2**

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

2/28/06
Date