PROB 12B
(7/93)

Report Date: January 30, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 31 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Adel Isidra Estrada    Case Number: 2:04CR02181-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 4/21/2005    Type of Supervision: Supervised Release

Original Offense: Bank Fraud and Aiding and Abetting, 18 U.S.C. § 1344 & 2    Date Supervision Commenced: 10/18/2005

Original Sentence: Prison - 10 Months; TSR - 48 Months    Date Supervision Expires: 10/17/2009

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall reside in a residential reentry center for a period of up to 90 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

The defendant is completing the last portion of her Bureau of Prison (BOP) confinement at Bannum residential reentry center (RRC), and is scheduled to be released on February 5, 2008. Although she has found employment, she has not saved enough money to secure her own residence, and has requested a public law placement up to 90 days. She plans on releasing to her own apartment in Spokane, and may need this amount of time to save the necessary revenue to make this possible. She has indicated a desire to be screened for the Sobriety Treatment and Education Program (STEP), and the screening process is pending her release from BOP custody.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1-30-08

Matthew L. Thompson
U.S. Probation Officer

Prob 12B

Prob 12B

**Re: Estrada, Adel Isidra**
**January 30, 2008**
**Page 2**

## THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

*/s/ [signature]*
Signature of Judicial Officer

1/31/08
Date